FORM A:  NOTICE OF MOTION

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_USA_,

Plaintiff(s),

v.

_Michael Ridgeway_,
_3100 Genesee St Apt C1_,
_Buffalo, N.Y. 14225_,

Defendant(s).

NOTICE OF MOTION

_1;95_-CV-_00207-RJA-LGF-1_

**PLEASE TAKE NOTICE**, that the undersigned will bring a motion *(state here, briefly, what you are asking the Court to do in your motion)* _Buffalo, N.Y. to seal the Record Michael Ridgeway_

before this Court on a date and time which will be provided by the Court later.

_Michael Ridgeway_
(Signature of the moving party)

_Michael Ridgeway_
_3100 Genesee St Apt C1 Blfo, N.Y._
_14225_
(Print the name and address of the moving party)

**FORM C(1) — AFFIRMATION OF SERVICE**

(If you are **not** having your signature notarized, use this form)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_USA_,

Plaintiff(s),

AFFIRMATION OF SERVICE

v.

1:95 -CV- 00207-RJA-LGF-1

_Michael Ridgeway_,

Defendant(s).

I, (print your name) _Michael Ridgeway_, make the following affirmation under penalty of perjury:

I have served a copy of the attached motion papers upon the all of the other parties in this case by (check the one which applies) Mailing_____ Hand-delivering __X_____ the motion papers to the attorneys for all of the other parties at the following addresses:

_Christopher A. Buscaglia United States Attorney's Office Federal Centre 138 Delaware Ave Buffalo, N.Y. 14202_

on (state the date you hand-delivered or mailed the motion papers to the other parties) _____

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Executed on __9-28-09__        _Michael Ridgeway_
           (date)                  (your signature)

FORM B: AFFIDAVIT or AFFIRMATION IN SUPPORT OF MOTION

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_USA_____,

Plaintiff(s),

v.

_Michael Ridgeway_____,

_____,

_____,

Defendant(s).

AFFIDAVIT/AFFIRMATION
IN SUPPORT OF MOTION

_1:95_-CV-_00207-RJA-LGF-1_

STATE OF NEW YORK     )
COUNTY OF _Erie_      ) ss.:
    (your residence)

*(Fill your name in one of the two blanks below, depending on whether you are having this notarized (use the first line) or swearing to this under penalty of perjury (use the second line); cross out the unused line.)*

I, _Michael Ridgeway_____, being duly sworn, depose and say:

I, _____, make the following affirmation under penalty of perjury:

2. I am the plaintiff in the above-entitled action and respectfully request that the Court issue an order *(briefly describe what you want the Court to do)* _To Seal My Record_____

3. The reasons why I believe I am entitled to the relief I seek are set forth below.

4. (State the reasons why you believe that you are entitled to the relief you seek. Be specific and use short paragraphs. Add additional sheets of paper if necessary; also attach copies of any exhibits to which you refer in your affirmation.)

So when a Job look at My record They will Hire me, I went and got my CDL and Abestos License. I'm trying to stay positive and Do right thing, so Please expunge Record.

5. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

Dated: 9-28-09

_____
(Your Signature)

(Have this section completed if you are having this document notarized)

Sworn to before me this ___ day of _____, 20___.

_____
Notary Public

2